HORNBLOWER & WEEKS, Respondent, v. ELEANOR B. SHERWOOD, Appellant; THE SHERIFF OF THE CITY OF NEW YORK et al., Respondents, et al., Defendants. —Judgment affirmed, with costs and disbursements to the respondent the People of the State of New York. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and deny the People's motion, and direct delivery of the property to the appellant, upon the ground that section 44 of the Civil Practice Act is applicable.

BUTTON SALES CORPORATION, Respondent, v. BENJAMIN B. KASLOFF, as Executor and Trustee under the Will of ALFRED FEINBERG, Deceased, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of FRANCISCO COTA, Petitioner, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

BOBBY BROWN FURS, INC., Appellant, v. ARNOLD GAIO & JOSEPH JAFFE, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

HERMAN GOLD, Respondent, v. ELECTROLUX CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of the Arbitration between GEORGE RUGEN, as President of District Lodge No. 15, International Association of Machinists, A. F. of L., Respondent, and NORTH AMERICAN PHILIPS Co., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

ROBERT F. LOWERY, Individually and as Administrator of the Estate of EDNA LOWERY, Deceased, Respondent, v. HARRY GANS et al., Defendants, and SIDNEY J. KEVNER, Doing Business as PARK WEST HOSPITAL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

CHARLES L. DONOUGHE, Respondent, v. PSATY & FUHRMAN, INC., et al., Appellants, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See post, p. 1027.]